Scot L. Claus (#014999)
scot.claus@mwmf.com
**MARISCAL, WEEKS, McINTYRE**
   **& FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100

**Attorneys for Defendant**
**The Honorable Gary Donahoe**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph M. Arpaio, in his official capacity as Maricopa County Sheriff, and Andrew P. Thomas, in his official capacity as Maricopa County Attorney,<br><br>                      Plaintiffs,<br><br>v.<br><br>Maricopa County Board of Supervisors, a body politic and corporate; Fulton Brock, Supervisor, Maricopa County Board of Supervisors; Andrew Kunasek, Supervisor, Maricopa County Board of Supervisors; Donald T. Stapley, Jr. Supervisor, Maricopa County Board of Supervisors; Mary Rose Wilcox, Supervisor, Maricopa County Board of Supervisors; Max Wilson, Supervisor, Maricopa County Board of Supervisors; David Smith, County Manager; Sandi Wilson, Deputy County Manager; Wade Swanson, Office of General Litigation; Barbara R. Mundell, Judge of the Superior Court of Arizona, Anna Baca, Judge of the Superior Court of Arizona, Gary Donahoe, Judge of the Superior Court of Arizona, Kenneth Fields, Judge of the Superior Court of Arizona, in their official capacities; Thomas Irvine, attorney; Edward Novak, attorney; and Polsinelli Shughart P.C.,<br><br>                      Defendants. | No. 2:09-CV-02492-GMS<br><br>**STIPULATION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)**<br><br>**(Assigned to the Honorable G. Murray Snow)** |

Pursuant to Rule 7.3 of the Local rules of Civil Procedure, the Plaintiffs and Defendants Barbara Mundell and Gary Donahoe, through their respective undersigned counsel, stipulate and agree that Defendants Mundell and Donahoe shall have until December 28, 2009 to file an answer or other Responsive Pleading in this matter.

**DATED** this  17th  day of December, 2009.

      **ANDREW P. THOMAS**
      **MARICOPA COUNTY ATTORNEY**

By   s/ Rachel Alexander
    Rachel Alexander
    Deputy County Attorney
    301 W. Jefferson, Suite 800
    Phoenix, Arizona  85003
    **Attorneys for Plaintiffs**

**STINSON, MORRISON, HECKER, LLP**

By   s/ Michael L. Parrish
    Michael L. Parrish
    1850 N. Central Ave., suite 2100
    Phoenix, Arizona  85004
    **Attorneys for Defendant**
    **The Hon. Barbara R. Mundell**

**MARISCAL, WEEKS, McINTYRE**
  **& FRIEDLANDER, P.A.**

By   s/ Scot L. Claus
    Scot L. Claus
    2901 N. Central Avenue, Suite 200
    Phoenix, Arizona 85012-2705
    **Attorneys for Defendant**
    **The Hon. Gary Donahoe**

# CERTIFICATE OF SERVICE
*Joseph M. Arpaio, et al. v Maricopa County Board of Supervisors, et al.*
(Case No. 2:09-CV-024292-GMS)

__X__   I hereby certify that on December __17th__, 2009, I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**ANDREW P. THOMAS**
**MARICOPA COUNTY ATTORNEY**
Rachel Alexander
Deputy County Attorney
alexandr@mcao.maricopa.gov
301 W. Jefferson, Suite 800
Phoenix, AZ  85003
**Attorney for Plaintiffs**

Jose De Jesus Rivera
jrivera@hmpmlaw.com
**HARALSON, MILLER, PITT, FELDMAN & McANALLY, P.L.C**
2800 N. Central Ave., Suite 840
Phoenix, Arizona  85004
**Attorneys for Defendant The Honorable Anna Baca**

Stephen W. Tully
stully@gordonrees.com
John L. Condrey
jcondrey@gordonrees.com
111 W. Monroe Street, Suite 1111
Phoenix, AZ  85003
**Attorneys for Defendants Maricopa County Board of Supervisors; Fulton Brock, Supervisor; Andrew Kunasek, Supervisor; Donald T. Stapley, Jr., Supervisor; Mary Rose Wilcox, Supervisor; Max Wilson, Supervisor; David Smith, County Manager; Sandi Wilson, Deputy County Manager; and Wade Swanson, Office of General Litigation**

Michael L. Parrish
mparrish@stinson.com
**STINSON, MORRISON, HECKER, LLP**
1850 N. Central Ave., Suite 2100
Phoenix, Arizona  85004
**Attorneys for Defendant The Honorable Barbara R. Mundell**

James Belanger
jbelanger@csblaw.com
**COPPERSMITH SCHERMER & BROCKELMAN, PLC**
2800 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
**Attorneys for Defendant The Honorable Kenneth Fields**

__X__   I hereby certify that on December __17th__, 2009, I caused the attached document to be served by first class mail/e-mail on:

**HON. G. MURRAY SNOW
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF ARIZONA**
401 W. Washington Street,
Sandra Day O'Connor U.S. Courthouse SPC 80
Phoenix, AZ  85003-2156
(Ph: (602) 322-7650

__X__   I hereby certify that on December __17th__, 2009, I caused the attached document to be served by first class mail on the following, who are not registered participants of the CM/ECF System:

   N/A

**MARISCAL, WEEKS, McINTYRE
& FRIEDLANDER, P.A.**

By: _____s/ Scot L. Claus_____

U:\ATTORNEYS\SLC\Hon. Gary Donahoe\U S Dt Ct Pleadings\Stipulation of Time to File Responsive Pleadings (First Request) (12-17-09).doc