1 | ELIZABETH A. FIERMAN (AZ State Bar No. 021772)
**ALSTON & BIRD LLP**
2 | 333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
3 | Telephone: (213) 576-1000
Facsimile: (213) 576-1100
4 | elizabeth.fierman@alston.com

5 | ROBERT N. DRISCOLL (admitted *Pro Hac Vice*)
**ALSTON & BIRD LLP**
6 | 950 F Street, N.W.
7 | Washington, D.C. 20004
Telephone: (202) 756-3470
8 | Facsimile: (202) 756-3333
9 | bob.driscoll@alston.com
*Counsel for Plaintiff Joseph M. Arpaio*

10 |

11 | RACHEL ALEXANDER (AZ Bar No. 020092)
**MARICOPA COUNTY ATTORNEY'S OFFICE**
12 | Deputy County Attorney
13 | 301 West Jefferson, Suite 800
Phoenix, AZ 85003
14 | Telephone: (602) 506-3411
15 | Firm ID No. 00032000
alexandr@mcao.maricopa.gov
16 | *Counsel for Plaintiff Andrew P. Thomas*

17 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JOSEPH ARPAIO, in his official capacity as Maricopa County Sheriff, and ANDREW P. THOMAS, in his official capacity as Maricopa County Attorney, | Case No.:  2:09-CV-02492-GMS |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**(F.R.C.P. 41(a)(1)(A))** |
| v. | |
| MARICOPA COUNTY BOARD OF SUPERVISORS, a body politic and corporate, et al., | |
| Defendants. | |

1

1
2

**TO THE UNITED STATES DISTRICT COURT, THE HONORABLE G. MURRAY SNOW PRESIDING, AND TO THE CLERK OF THE COURT:**

3
4
5
6
7
8
9
10

     **PLEASE TAKE NOTICE** that having referred this matter to the Public Integrity Section ("PIN") of the United States Department of Justice and having received their assurances that PIN will review the matter, Plaintiffs Sheriff Joseph M. Arpaio and Andrew P. Thomas, by and through undersigned counsel, hereby voluntarily dismiss the above-captioned action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). This notice of dismissal is appropriately filed without order of court because none of the defendants to this action have served an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).

11
12

Respectfully submitted this 11th day of March, 2010.

13
14
15
16

     */s/ Elizabeth A. Fierman*
ELIZABETH A. FIERMAN (AZ Bar No. 021772)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
elizabeth.fierman@alston.com

17
18
19
20
21
22

ROBERT N. DRISCOLL (admitted *Pro Hac Vice*)
**ALSTON & BIRD LLP**
950 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 756-3470
Facsimile: (202) 756-3333
bob.driscoll@alston.com
*Counsel for Plaintiff Joseph M. Arpaio, in his official capacity as Maricopa County Sheriff*

23
24
25
26
27
28

*/s/ Rachel Alexander*
RACHEL ALEXANDER (AZ Bar No. 020092)
**MARICOPA COUNTY ATTORNEY'S OFFICE**
Deputy County Attorney
301 West Jefferson, Suite 800
Phoenix, AZ 85003
Telephone: (602) 506-3411
Firm ID No. 00032000
alexandr@mcao.maricopa.gov
*Counsel for Plaintiff Andrew P. Thomas, in his official capacity as Maricopa County Attorney, Maricopa County Attorney's Office*

LEGAL02/31792278v2

# CERTIFICATE OF FILING AND SERVICE

Pursuant to the Case Management/Electronic Case Filing Administrative Policies and Procedures Manual ("CM/ECF Manual") of the United States District Court for the District of Arizona, I hereby certify that on the 11th day of March, 2010, my office electronically transmitted the foregoing PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE to the U.S. District Court clerk's office for filing and to the following CM/ECF registrants:

Rachel R. Alexander, Esq.
MARICOPA COUNTY ATTORNEY'S OFFICE
Division of County Counsel
222 N. Central Ave., Suite 1100
Phoenix, AZ 85004
alexandr@mcao.maricopa.gov
*Attorney for Plaintiff*
*Andrew P. Thomas*

Stephen W. Tully, Esq.
John L. Condrey, Esq.
GORDON & REES LLP
111 W. Monroe Street, Suite 1111
Phoenix, Arizona 85003
stully@gordonrees.com
jcondrey@gordonrees.com
*Attorneys for Defendants*
*Maricopa County Board of Supervisors,*
*Fulton Brock, Andrew Kunasek, Donald T. Stapley, Jr.,*
*Mary Rose Wilcox, Max Wilson, David Smith,*
*Sandi Wilson, and Wade Swanson*

James Matthew Torre, Esq.
Michael L. Parrish, Esq.
STINSON, MORRISON & HECKER, LLP
1850 N. Central Ave., Suite 2100
Phoenix, AZ 85004-4584
jtorre@stimson.com
mparrish@stinson.com
*Attorneys for Defendant*
*The Honorable Barbara R. Mundell*

LEGAL02/31792278v2

1
2
3
4
5
6

Gary L. Birnbaum, Esq.
Scot L. Claus, Esq.
MARISCAL,WEEKS, MCINTYRE & FRIEDLANDER, P.A.
2901 N. Central Ave., Suite 200
Phoenix, AZ 85012-2705
gary.birnbaum@mwmf.com
scot.claus@mwmf.com
*Attorneys for Defendant*
*The Honorable Gary Donahoe*

7
8
9
10
11
12
13

Jose de Jesus Rivera, Esq.
Stephen T. Portell, Esq.
HARALSON, MILLER, PITT, FELDMAN & MCANALLY, P.L.C.
2800 North Central Ave., Suite 840
Phoenix, AZ 85004-1069
jrivera@hmpmlaw.com
sportell@hmpmlaw.com
*Attorneys for Defendant*
*The Honorable Anna Baca*

14
15
16
17
18
19
20
21

James J. Belanger, Esq.
Samuel G. Coppersmith, Esq.
Jill J. Chasson, Esq.
COPPERSMITH, SCHERMER & BROCKELMAN, P.L.C.
2800 North Central Avenue, Suite 1200
Phoenix, AZ 85004
jbelanger@csblaw.com
scoppersmith@csblaw.com
jchasson@csblaw.com
*Attorneys for Defendant*
*The Honorable Kenneth Fields*

22
23
24
25
26
27
28

4

1   Don P. Martin, Esq.
    James A. Ryan, Esq.
2   Nicole France Stanton, Esq.
3   QUARLES & BRADY, LLP
    One Renaissance Square
4   Two North Central Avenue
5   Phoenix, AZ 85004-2391
    dmartin@quarles.com
6   james.ryan@quarles.com
7   nicole.stanton@quarles.com
    *Attorneys for Defendants*
8   *Polsinelli Shughart, P.C.,*
9   *Thomas Irvine, and Edward Novak*

10  By: */s/ Melinda Montero*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL02/31792278v2